UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marie Therese N. Fonchenela,

    Plaintiff,

Case No. 19-cv-2781-PJS-KMM

v.

ORDER

Terri Mathew, Tenants of Apartments 101, 103, and 106 at The Wincrest Apartments, and Terri's Daughter,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated November 13, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED:**

1. That this case is DISMISSED without prejudice for lack of jurisdiction.

2. That the application to proceed in forma pauperis (ECF No. 2) is DENIED as MOOT in light of the recommended dismissal.

**Let Judgment Be Entered Accordingly.**

Date: 12/6/19

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Court Judge